IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CONNIE L. OLSON

        Plaintiff,

    v.

OREGON UNIVERSITY SYSTEM,
by and through GEORGE P.
PERNSTEINER, Chancellor, et al.,

        Defendants.

No. CV 09-167-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that this action is DISMISSED with prejudice with regard to all claims and parties with the exception of Claim Four against the individual defendants in their individual capacities, which is DISMISSED without prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this __8th__ day of May, 2009.

                                                   /s/ Michael W. Mosman
                                                   MICHAEL W. MOSMAN
                                                   United States District Judge